## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: GARY BRENT CARLISLE (J)　　　CASE NO: 00-6316-CR-FERGUSON
AUSA: TERRY THOMPSON / Bowell　　ATTY: Rick Freedman (Temp)
AGENT: _____　　　　　　　　　　VIOL: 21 usc 846; 841(a)(1)
PROCEEDING: I/A ON SEALED INDICTMENT　　RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no　　　　COUNSEL APPOINTED: _____
BOND SET @: _____　　　　　　　　To be cosigned by: _____

FILED NOV 1 5 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't ore tenus motion to unseal granted

temp cnsl present

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 11-22 | 10 | Seltzer | ✓ |
| PTD BOND HEARING: | 11-22 | 10 | Seltzer | ✓ |
| PRELIM/ARRAIGN OR REMOVAL: | 11-22 | 10 | Seltzer | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 11/15/00　TIME: 11:00　FTL/LSS TAPE # 00 - 058　Begin: 1957　End: 2084