UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, :

v. :

_GARY CARLISLE_ :

CASE NO. _00-6316-CR-Ferguson_

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by ___ D.C.
NOV 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW _DAN LURVEY_ and
files this temporary appearance as counsel for the above named
defendant(s) at initial appearance. This appearance is made with
the understanding that the undersigned counsel will fulfill any
obligations imposed by the Court such as preparing and filing
documents necessary to collateralize any personal surety bond
which may be set.

Counsel's Name (Printed) _DAN Lurvey_

Counsel's Signature _[signature] for DL_

Address _One NE 2ND Ave, Ste 200_

_MIAMI_                Zip Code: _33132_

Telephone _305-358-1100 / 954-433-9777_

Fax _305-358-2503_