AO 442 (Rev. 12/85) Warrant for Arrest *USA. TERRENCE J. THOMPSON   DEA S/A TROY MANOR 469-2889

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA ___ *519 915*

UNITED STATES OF AMERICA

V.

GARY BRENT CARLISLE

**TO:  The United States Marshal
and any Authorized United States Officer**

**WARRANT FOR ARREST**

**CASE NUMBER:**

# 00-6316

## CR-FERGUSON

YOU ARE HEREBY COMMANDED to arrest _____ GARY BRENT CARLISLE _____

Name

**MAGISTRATE JUDGE
SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Conspiracy to possess with intent to distribute methamphetamine and
possession with intent to distribute methamphetamine;

in violation of Title 21 & 18   United States Code, Section(s) 846, 841(a)(1) and 2

CLARENCE MADDOX _____
Name of Issuing Officer

_Jimmy Butler_
Signature of Issuing Officer

BSS

Bail fixed at $ Pre-trial Detention Recommended _____

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

November 2, 2000  Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____<br>Detainer pick-up from Broward Co Sheriff |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/2/2000 | James A. Tassone, USM<br>Southern District of Florida | Ed Purchase, SDUSM |
| DATE OF ARREST | | |
| 11/15/2000 | | |