.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6316-CR-FERGUSON(s)
21 USC 841(a)(1)
21 USC 846

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )
v.                               )
                                 )
                                 )
GARY BRENT CARLISLE and          )
ANGEL CONTRERAS,                 )
                                 )
          Defendants.            )
_____  )



FILED by ___ D.C.
INTAKE

JAN 11 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about October 19, 2000, at Broward County, in the
Southern District of Florida, and elsewhere, the defendants,

GARY BRENT CARLISLE and,
ANGEL CONTRERAS,

did knowingly and intentionally combine, conspire, confederate and
agree with each other and with persons known and unknown to the
Grand Jury, to distribute a Schedule II controlled substance, that
is, at least fifty (50) grams of methamphetamine, its salts,
isomers, and salts of its isomers, in violation of Title 21, United



States Code, Section 841(a)(1); all in violation of Title 21,

United States Code, Section 846.

## COUNT II

On or about October 19, 2000, at Broward County, in the

Southern District of Florida, and elsewhere, the defendants,

> GARY BRENT CARLISLE and,
> ANGEL CONTRERAS,

did knowingly and intentionally possess with intent to distribute

a Schedule II controlled substance, that is, at least fifty (50)

grams of methamphetamine, its salts, isomers, and salts of its

isomers, in violation of Title 21, United States Code, Section

841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. 00-6316-CR-ZLOCH(s)

v.

GARY BRENT CARLISLE, et al.        **CERTIFICATE OF TRIAL ATTORNEY***

_____

**Court Division:** (Select One)

___ Miami  ___ Key West
_X_ FTL  ___ WPB ___ FTP

**Superseding Case Information:**
New Defendant(s)        Yes _x_    No ___
Number of New Defendants        1
Total number of counts        2

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:        (Yes or No) _NO_
       List language and/or dialect    _English_

4.    This case will take _2_ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
       (Check only one)                    (Check only one)

| I   | 0  to  5 days   | _X_ | Petty   | ___ |
|-----|-----------------|-----|---------|-----|
| II  | 6  to 10 days   | ___ | Minor   | ___ |
| III | 11 to 20 days   | ___ | Misdem. | ___ |
| IV  | 21 to 60 days   | ___ | Felony  | _X_ |
| V   | 61 days and over| ___ |         |     |

6.    Has this case been previously filed in this District Court? (Yes or No) _Yes_  No

If yes:
Judge: _Zloch_                    Case No. _00-6316_
(Attach copy of dispositive order)

Has a complaint been filed in this matter?(Yes or No) _Yes_
If yes:
Magistrate Case No.    _00-4304-BSS_
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _11/15/00 (Carlisle) and 12/29/00 (Contreras)_
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No) _____ No
7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ___
       ___ Yes___ No

8.    Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
COURT I.D.  No. A500063

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: GARY BRENT CARLISLE          No.: 00-6316-CR-ZLOCH(s)

Count # 1:

Conspiracy to distribute a Scheule II controlled substance; in violation of U.S.C. § 846

*Max Penalty: Life imprisonment and a $4,000,00 fine.  Ten year mandatory minimum

sentence

Count # 2:

Possession with intent to distribute a Schedule II controlled substance; in violation of

21 U.S.C. § 841(a)(1)

*Max Penalty: Life imprisonment and a $4,000,000 fine.  Ten year mandatory minimum

sentence

Count #:


*Max Penalty:


Count #:


*Max Penalty:


Count # :


*Max Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: ANGEL CONTRERAS ＿ ＿ ＿ ＿    No.: 00-6316-CR-ZLOCH(s)

Count # 1:

Conspiracy to distribute a Scheule II controlled substance; in violation of U.S.C. § 846

*Max Penalty: Life imprisonment and a $4,000,00 fine.  Ten year mandatory minimum

sentence

Count # 2:

Possession with intent to distribute a Schedule II controlled substance; in violation of

21 U.S.C. § 841(a)(1)

*Max Penalty: Life imprisonment and a $4,000,000 fine.  Ten year mandatory minimum

sentence

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV  12/12/96

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER FLS 01 1880 |
|---|---|---|---|---|
| FLS | Contreras, Angel | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 0:00-004304-001 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| United States v. Contreras (BSS) | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
KAUFMAN, ALLEN S.
2900 N DIXIE HWY
STE 201
OAKLAND PARK FL 33334

Telephone Number: (954) 563-6624

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
ALLEN S. KAUFMAN, P.A.
2900 N DIXIE HWY
STE 201
OAKLAND PARK FL 33334

13. COURT ORDER
☒ O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____ Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM _____ TO _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____ Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | 34a. JUDGE CODE |
|---|---|---|---|

**COURT MINUTES**

FILED by _____ D.C.
JAN 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:   ANGEL CONTRERAS (J)                    CASE NO:   00-4304-BSS

AUSA:   TERRY THOMPSON   *pres*              ATTY:   ALLEN KAUFMAN, ESQ.   *pres*

AGENT:                                            VIOL:

PROCEEDING:   PTD HEARING                    RECOMMENDED BOND:

BOND HEARING HELD - yes / no            COUNSEL APPOINTED:

BOND SET @:   _100,000 CSB_              To be cosigned by:
              _W/ Nebbia_

❏    Do not violate any law.

❏    Appear in court as directed.

❏    Surrender and / or do not obtain passports / travel documents.

❏    Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.

❏    Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏    Maintain or seek full - time employment.

❏    No contact with victims / witnesses.

❏    No firearms.

❏    Curfew: _____.

❏    Travel extended to: _____.

❏    Halfway House _____.

*Gov't reserved the right to request PTD should deft seek to post or reduce the bond.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE:  1/8/01      TIME:  11.00      FTL/LSS TAPE # 01 - _002_      Begin: _1824_    End: _1894_



**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ANGEL CONTRERAS (J) #66791-004    CASE NO: 00-4304-BSS

AUSA: TERRY THOMPSON *Nicholson*    ATTY: *Allen Taughman*

AGENT: DEA - TROY MIHOK    VIOL: 21:841(a)(1); 846

PROCEEDING: INQUIRY RE COUNSEL/ PTD HEARING    RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @: _____    To be cosigned by: _____

❏ Do not violate any law.

❏ Appear in court as directed.    *Deft sworn for*

❏ Surrender and / or do not obtain passports / travel documents.    *Counsel*

❏ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.    *CJA to be*

❏ Maintain or seek full - time employment.    *Appt'd*

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____

❏ Travel extended to: _____

❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 1-8 | 11 | Snow | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 1/5/01    TIME: 11:00    FTL/LSS TAPE # 01- OO2    Begin: 779    End: 891



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-4304-SELTZER

UNITED STATES OF AMERICA,

vs.

ANGEL CONTRERAS



This cause came before the Court and pursuant to proceedings

held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida this ____2ND____ day of
_____JANUARY_____, 2001 .

TAPE NO: 01B- /- 74b

_____
UNITED STATES MAGISTRATE JUDGE

TED E. BANDSTRA

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor



koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO._____00-4304-SELTZER_____

UNITED STATES OF AMERICA

              Plaintiff,

v.

ANGEL CONTRERAS
           Defendant.

_____/

**ORDER ON INITIAL APPEARANCE**
Language ENGLISH_____
Tape No. 01B-1 — 74
AUSA _____  FILED by____ D.C.
Agent ___DEA - MIHOK___
     (954) 489-1880

**JAN  3 2001**

CLARENCE
DOB: 11-29-78

      The above-named defendant having been arrested on __12-29-00_____ having appeared
before the court for initial appearance on _____1-2-01_____and
proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
     **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on
   _____ IN FaT lauderdale 1-5_____, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am_____ 1-1e___, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or
(f) because _____RiSK oF Fl. cut_____ Fai lauderle
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f) is set for 10am_____ 1-5, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance
   bond, pursuant to 18 U.S.C. Section 3142:

_____
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and,
in addition, the defendant must comply with the special conditions checked below:
__a. Surrender all passports and travel document to the Pretrial Services Office.
__b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;

    other: _____
c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed
   substances prohibited by law.
__d. Maintain or actively seek full time gainful employment.



___ ANGEL CONTRERAS ___

__e. Maintain or begin an educational program.
__f. Avoid all contact with victims of or witnesses to the crimes charged.
__g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__h. Comply with the following curfew: _____
_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
__j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is __
_____
_____

____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d
303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled
promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the
   conditions set forth herein or those later ordered by the court, the defendant is subject to arrest
and    revocation of release and to various civil and criminal sanctions for any violation of those
   conditions. These various sanctions and penalties are set forth more fully in the Appearance
Bond    itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond
   has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at <u>Miami, Florida</u>, this__2nd__ day of __JANUARY__ 2001 .

                                    _____
                                    **UNITED STATES MAGISTRATE JUDGE**
                                    **TED E. BANDSTRA**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA  )  Case Number: CR_____
                Plaintiff )
                          )  REPORT COMMENCING CRIMINAL  [FILED]  D.C.
        -vs-              )         ACTION
                          )                              'JAN  3 2001
CONTRERAS, ANGEL ROBERTO )  66791- 004                   CLERK U.S. DIST. CT.
                Defendant                                S. D. OF FLA. FT. LAUD.
****************************************************
TO: Clerk's Office   MIAMI  (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
****************************************************************
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 12-29-00 / 1000    am/pm

(2)  Languge Spoken:_____ENGLISH_____

(3)  Offense (s) Charged:____21 USC 846 / 841 /(A1)_____
     _____

(4)  U.S. Citizen  [ ] Yes  [✓] No  [ ] Unknown

(5)  Date of Birth:___11 29 78____

(6)  Type of Charging Document:  (check one)
     [ ] Indictment  [✓] Complaint  To be filed/Already filed
     Case#____CO 4304 - BSS____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District:____SOUTHERN DISTRICT OF FL.___

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [✓]YES [ ]NO

Amount of Bond: $____PTD Request____
Who set Bond:_____

(7)  Remarks:_____
     _____

(8)  Date: 12/29/00   (9) Arresting Officer: S/A Mihalk

(10) Agency:____DEA_____  (11) Phone: (954) 485-1880

(12) Comments:_____



## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____ FLORIDA    530779

UNITED STATES OF AMERICA

V.

# WARRANT FOR ARREST

ANGEL CONTRERAS

CASE NUMBER:

TO:    The United States Marshal
and any Authorized United States Officer

**'JAN    3 2001**

YOU ARE HEREBY COMMANDED to arrest__ ANGEL CONTRERAS

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| Indictment | | Information | X | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRE TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

in violation of Title 21 United States Code, Section(s) __ 841(a)(1) and 846

**BARRY S. SELTZER**
Name of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

Issuing Officer

12/31/00
12/20/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at PRETRIAL DETENTION

BARRY S. SELTZER
by MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Miami, FL

| DATE RECEIVED<br>12/21/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, U.S. Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING<br>OFFICER |
| --- | --- | --- |
| DATE OF ARREST<br>12/22/00 | | Edward Purchase, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest



## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

ANGEL CONTRERAS

# WARRANT FOR ARREST

CASE NUMBER: $CC-4304-BSS$

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest__ANGEL CONTRERAS__

and bring him or her forthwith to the nearest magistrate to answer a(n)

|   |Indictment   |   |Information   |X|Complaint   |   |Order of court   |   |Violation Notice   |   |Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRE TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

in violation of Title _21_ United States Code, Section(s) __841(a)(1) and 846__

**BARRY S. SELTZER**
Name of Issuing Officer

Issuing Officer

Bail fixed at __PRETRIAL DETENTION__

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

12/21/00
~~12/20/00~~ at Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST |   |   |

AO 442 (Rev. 12/85) Warrant for Arrest



AO 91 (Rev. 5/85) Criminal Complaint USA MIHOK/FBI AUSA THOMPSON

# United States District Court

FILED by _____ D.C.

DEC 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. FT. LAUD

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

ANGEL CONTRERAS

## CRIMINAL COMPLAINT

CASE NUMBER: $00-4304-BSS$

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 19, 2000, in ___Broward___ county, in the ___Southern___ District of ___Florida___ defendant(s) did, (Track Statutory Language of Offense)

Conspire to possess with intent to distribute methamphetamine.

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

I further state that I am a(n) ____Special Agent____ and that this complaint is based on the following
Official Title
facts:

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
Troy Mihok, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence,

December 21, 2000
Date

at Ft. Lauderdale, Florida
City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, Troy Mihok, being duly sworn do hereby depose and state:

1. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for the past four and one half years. Prior to my employment with DEA, I was employed as a private investigator for two years. My responsibilities include the investigation of violations of federal narcotics statutes. I have received extensive training in proper investigative techniques relating to narcotics offenses. The information contained in this affidavit summarizes, but does not detail every fact, of information which is known to your affiant regarding this case.

2. On October 19, 2000, the Fort Lauderdale Police Department (FLPD) received information that a Federal Express package had arrived at the Pineapple Point Guest House, 315 NE 16th Terrace, Fort Lauderdale, Florida. Police were also advised that the package appeared to contain narcotics. FLPD Detectives responded to the Pineapple Point Guest House where employees directed them to a Federal Express package that had been opened by an employee and appeared to contain illegal narcotics. A field test of a white crystalline substance in the package indicated that the substance was crystal methamphetamine. The package was addressed to "Brittany Sibille," at Pineapple Point.

3. While police were still at Pineapple Point, an individual telephoned the business and asked if a package had arrived for him. A Pineapple Point employee recognized the caller's voice as that of Jeffrey Sibille. After being advised that there was a package, Sibille said he was on his way to pick it up. A short time later, Sibille, accompanied by Gary Carlisle and Angel Contreras, arrived at Pineapple Point and entered the business. Sibille, took possession of the Federal Express package and complained that it had been opened. As Sibille started to leave the

business with the package, he saw a FLPD

Detective. Sibille then threw the package into some bushes and went back into the business.

4. Carlisle then told police that he did not have anything to do with the methamphetamine in the package. Contreras claimed that he had just been picked up by Sibille and Carlisle at the Miami airport. Contreras claimed that he was flying to San Francisco that day but could not provide information relating to the time or number of the flight. Also Contreras did not have airline tickets.

5. On October 19, 2000, Sibille and Carlisle were arrested. Contreras was released pending further investigation. The substance from the Federal Express package was analyzed by the DEA Southast Regional Laboratory. The forensic analysis determined that substance to be methamphetamine with a net weight of 219.8 grams.

6. On December 14, 2000, Jeffrey Sibille advised the FLPD and DEA that the package seized on October 19, 2000, of approximately eight ounces of crystal methamphetamine, was the second package that he had received at Pineapple Point during the week of October 15, 2000. Sibille stated that the first package had also contained approximately eight ounces of crystal methamphetamine. Sibille further stated that he had provided the crystal methamphetamine to Contreras who had agreed to pay $1,950.00 per ounce for the drug. Sibille stated that Conrtreras had sold approximately half of the crystal methamphetamine at the time the second package arrived. Sibille stated that Contreras said that the remaining approximately four ounces of crystal methamphetamine was being stored at Contreras' apartment in Miami, Beach, Florida. According to Sibille, Contreras was worried about the remaining four ounces of methamphetamine in his apartment. Sibille stated that an individual from Northwest Miami assisted Contreras in removing the remaining methamphetamine from Contrearas' apartment.

7. Sibille stated that the package of methamphetamine, that was seized by police on

October 19, 2000, was also going to be sold to Contreras. Sibille advised police that Carlisle

worked for Contreras distributing narcotics.

FURTHER AFFIANT SAYETH NAUGHT.

S/A TROY MIHOK
DRUG ENFORCEMENT ADMINISTRATION

Signed and sworn to before me
this ___ day of December, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC. NO. _00-4304-BSS_

IN RE MOTION TO SEAL COMPLAINT,
AFFIDAVIT AND ARREST WARRANT

_____/

## ORDER TO SEAL

THIS CAUSE came before the court upon the Government's Motion to Seal. The Court

being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion to Seal is hereby granted,

and the Clerk of the Court shall seal the Complaint, Arrest Warrant, Bond Recommendation

Sheet, the Motion to Seal and this Order to Seal, with the exception of copies of the Warrant for

Arrest to be provided to the United States Marshals Service and the Drug Enforcement

Administration relative to the above-captioned matter, until such time as the defendant is arrested

or until further order of the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 21st day of

September, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

copy furnished:
Terrence J. Thompson, AUSA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. $OO-4304-BSS$

IN RE MOTION TO SEAL COMPLAINT,
AFFIDAVIT AND ARREST WARRANT

_____/



## MOTION TO SEAL

COMES NOW the United States of America, by and through the undersigned Assistant

United States Attorney, and moves this Court to seal, the Complaint, Arrest Warrant, Bond

Recommendation Sheet, this Motion to Seal and Order to Seal, with the exception of copies of

the Warrant for Arrest to be provided to the United States Marshals Service and Drug

Enforcement Administration relative to the above-captioned matter, until such time as the

defendant is arrested or until further order of the Court. As grounds for the motion, the

Government states that it believes that the defendant may flee if the defendant becomes aware of

complaint and accompanying warrant for arrest.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:    _____

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500063
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, Florida 33394
Tel:    (954) 356-7255, ext. 3516
Fax:    (954) 356-7336

