TJT:hkp

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6316-CR-FERGUSON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) |
| | ) |
| **JEFFREY SIBILLE,** | ) |
| **GARY BRENT CARLISLE, and** | ) |
| **ANGEL CONTRERAS,** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |



**NOTICE OF ASSIGNMENT**

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney DANA WASHINGTON.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number: A5500062
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3516
Facsimile: (954) 356-7336
E-Mail: TERRENCE.THOMPSON@justice.usdoj.gov

cc: DEA S/A Troy Mihok

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this __17th__ day of ~~November 8, 2000~~ JANUARY 7001, to:

Stephen Pave, Esq.
7600 S. Red Road, Suite 200
Miami, FL 33254-5408

Samuel Smargon, AFPD
101 NE 3rd Avenue, #202
Fort Lauderdale, FL 33301-1100

Allen Kaufman, Esq.
5355 Town Center Road, #1102
Boca Raton, FL 33486-1023

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY