UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6316-CR-FERGUSON(s)

UNITED STATES OF AMERICA

vs

ANGEL CONTRERAS



## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 16, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __CUSTODY__

                    Telephone: _____

DEFENSE COUNSEL:    Name: ~~ALLEN KAUFMAN, ESQ.~~ _Alan G. Queck_
                    Address: _2404 Hollywood Blvd_
                    _Hw'd     FL 33020_
                    Telephone: _925-7300_

BOND SET/CONTINUED:  $_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __16TH__ day of __JANUARY__, 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Outle_
    Deputy Clerk

Tape No. __01-004__

cc: Copy for Judge
    U. S. Attorney