F-106

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CASE NO.: 00-6316 CR-FERGUSON

ANGEL CONTRERAS,

    Defendant.

_____/

**MOTION FOR
SUBSTITUTION OF COUNSEL**

COMES NOW the Defendant, ANGEL CONTRERAS, by and through the undersigned counsel and respectfully moves this Honorable Court to enter a substitution of counsel in the above referenced matter as follows:

1. The Defendant and his attorney Michael A. Catalano, P.A., hereby request a substitution of counsel from former counsel, Alan Glueck, to future counsel Michael A. Catalano, P. A.

2. AUSA Dana Washington has no objection to the substitution being granted in chambers.

_____
Alan Glueck, Esq.
Fla. Bar No: 224278

Michael A. Catalano, P.A.
Fla. Bar No.: 371221

WHEREFORE, the Defendant moves this Honorable Court to grant the relief requested herein.



UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       CASE NO.: 00-6316 CR-FERGUSON

ANGEL CONTRERAS,              **MOTION FOR**
                                       **SUBSTITUTION OF COUNSEL**

    Defendant.
_____/

COMES NOW the Defendant, ANGEL CONTRERAS, by and through the undersigned counsel and respectfully moves this Honorable Court to enter a substitution of counsel in the above referenced matter as follows:

1.    The Defendant and his attorney Michael A. Catalano, P.A., hereby request a substitution of counsel from former counsel, Alan Glueck, to future counsel Michael A. Catalano, P. A.

2.    AUSA Dana Washington has no objection to the substitution being granted in chambers.

Alan Glueck, Esq.
Fla. Bar No: 224278

Michael A. Catalano, P.A.
Fla. Bar No.: 371221

WHEREFORE, the Defendant moves this Honorable Court to grant the relief requested herein.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was furnished to the Office of the United States Attorney, Dana Washington, Esq. AUSA, by hand delivery this 3( day of ___Jan___, 2001.

Respectfully submitted,

MICHAEL A. CATALANO, P.A.
Attorney for the Defendant
1531 N.W. 13th Court
Miami, Florida 33125
(305) 325-9818
Fla. Bar # 371221

By: _____
Michael A. Catalano, Esq.