UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE No.: 00-6316 CR-FERGUSON
Plaintiff,

v.  **NOTICE OF APPEARANCE**

ANGEL CONTRERAS,

Defendant.
_____/

PLEASE TAKE NOTICE that MICHAEL A. CATALANO, Attorney at Law, does hereby enter his appearance as attorney for the Defendant, ANGEL CONTRERAS, respectfully requests this Court to forward to the undersigned all notices, correspondence, pleading and any and all other pertinent data pertaining to the above styled case. This appearance does not include appellate representation.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to AUSA Dana Washington, Asst. Federal Public Defender Sam Smargon (Attorney for Defendant Gary Carlisle), and Steve Pave, Esq. (Attorney for Defendant Jeff Sibille) this __1__ day of __Feb.__ 2001.

Respectfully submitted:

MICHAEL A. CATALANO, P.A.
Attorney for the Defendant
1531 N.W. 13th Court
Miami, Florida 33125
(305) 325-9818
Fla. Bar No.: 371221

By: _____
Michael A. Catalano, Esq.