FILED by ___ D.C.
FEB - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __ANGEL CONTRERAS (no deft.)__ CASE NO.※ __00-6316-CR-Ferguson__ ※

AUSA __Terry Thompson__ ATTY ~~Alan Stacek~~ *Michael*
- Deft. has not recieved discovery    Tape # 01-010 (854-953)
- motions due 2/23/01

DEFT __GREGORY PARRISH (no deft.)__ CASE NO: __01-6004-CR-Dimitrouleas__

AUSA __Larry Bardfeld__ ATTY FPD - *Patrick Hunt*
- Discovery out                      01-010 (733-830)
- motions due 2/20/01

DEFT __DERRICK MONTGOMERY (no deft.)__ CASE NO: __00-6331-CR-Roettger__

AUSA __Roger Powell__ *Jeffrey Kay* ATTY FPD - *Patrick Hunt*
- Discovery out                      Tape # 01-010
- no pending motions                 (830-854)
- motions due 2/20/01
- 3 days to try.

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE __February 6, 2001__ TIME __11:00 A.M.__

59