UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6316-CR-FERGUSON

UNITED STATES OF AMERICA,        :

    Plaintiff,             :

v.                               :

ANGEL CONTRERAS,                 :

    Defendant.             :
_____

FILED by ___ D.C.

FEB - 8 2001

**STATUS REPORT**

    A status conference was held in this cause on February 6, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery was provided to prior counsel and will be obtained by substitute counsel for the defendant.

    2. Pretrial motions shall be filed on or before February 23, 2001.

    DATED at Fort Lauderdale, Florida, this ____ day of February, 2001.

                                       _____
                                       LURANA S. SNOW
                                       UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Dana Washington (FTL)
Michael Catalano, Esq.

