UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6316-CR-FERGUSON(s)

UNITED STATES OF AMERICA

v.

ANGEL CONTRERAS
_______________________________/



**GOVERNMENT'S NOTICE OF EVIDENCE PURSUANT TO F.R.E. 404B**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice that the following evidence will be presented pursuant to F.R.E. 404(b) during the government's case in chief:

1. Angel Contreras received crystal methamphetamine from Jeffrey Sibille and others on a regular basis between July, 2000 and October, 2000. During this same period, Angel Contreras provided Gary Carlise with approximately 1 ounce of crystal methamphetamine on a weekly basis at a cost of approximately $2,400 per ounce. Approximately 2 weeks prior to his arrest on October 19, 2000, Gary Carlisle purchased approximately 1.5 ounces of crystal methamphetamine from Angel Contreras.

2. On October 15, 2000, a package containing crystal methamphetamine was received by Jeffrey Sibille and provided ("fronted") to Angel Contreras.

63

This evidence will be introduced to show intent, knowledge and absence of mistake. See United States v. Calderon, 127 F.3d 1314, 1332 (11th Cir. 1997) cert. denied 118 S.Ct 1328 (1998) (Plea of not guilty in drug conspiracy case makes intent a material issue and opens the door to admission of prior drug-related offenses as highly probative, and not overly prejudicial, evidence of defendant's intent); United States v. Johnson, 28 F.3d 1487, 1499 (8th Cir. 1994)(drug sales during time periods outside scope of conspiracy admissible to show intent, knowledge and absence of mistake).

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: ______________________

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500418
500 EAST BROWARD BLVD., SUITE 700
FORT LAUDERDALE, FL 33394
PHONE: (954) 356-7255 EXT. 3520
FAX: (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this day, March 13, 2001, to:

Michael A. Catalano, Esquire
1531 N.W. 13th Court
Miami, FL 33125

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY