

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6316-CR-FERGUSON(s)

UNITED STATES OF AMERICA

V.

ANGEL CONTRERAS
_____/

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States of America hereby provides the following information pursuant

to Brady v. Maryland, 373 U.S. 83 (1963) and Giglio v. United States, 405 U.S. 150 (1972).

This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure

16.

1. During pre-trial interviews with Jeffrey Sibille and Gary Carlile both disclosed to the undersigned that they had used illegal narcotics (including methamphetamine) regularly for several months prior to being arrested in October of 2000.

2. Transcripts of post-arrest statements made by Jeffrey Sibille and Gary Carlile are attached. Copies of these audio tapes are available to you at the Office of the United States Attorney for review and copying at your convenience.



3. Gary Carlile's criminal record is attached.

                            Respectfully submitted,

                            GUY A. LEWIS
                            UNITED STATES ATTORNEY

By: _____
       Dana O. Washington
       Assistant United States Attorney
       Court No. A5500418
       500 East Broward Blvd., Suite 700
       Fort Lauderdale, FL 33394
       Phone: (954) 356-7255
       Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 23rd day of March, 2001, to:

Michael A. Catalano, Esquire
1531 N.W. 13th Court
Miami, FL 33125

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY