

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

　　Plaintiff,

v.　　　　　　　　　　　　　　　CASE NO. 00-6316-CR-FERGUSON

ANGEL CONTRERAS,

　　Defendant.　　　　　　　　　ORDER

---

**GOOD CAUSE** appearing, it is hereby **ORDERED** that the above-numbered cause be and the same is hereby transferred to The Honorable Jose A. Gonzalez, Jr. for trial.

Parties should take notice that trial is set for Tuesday, April 10, 2001 at 9:30 a.m. at the United States District Courthouse, Courtroom C, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. Parties should come ready to proceed for trial. Parties shall bring three (3) copies of their exhibits and their witness lists. In addition, parties shall bring a copy of their jury instructions on paper and in electronic format. Parties shall save copies of their jury instructions in Word Perfect format on 3.5" floppy diskettes.

**DATED** in chambers at Fort Lauderdale, Florida, this 5th ___ day of April, 2001.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILKIE D. FERGUSON, JR.
cc:　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
Hon. Jose A. Gonzalez, Jr.
Dana O. Washington, AUSA
Michael A. Catalano, Esq.