UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DATE: _____April 5, 2001_____

CASE NUMBER: _____00-6316-CR-FERGUSON_____

STYLE: _____US v. Contreras_____

The Chambers of the Honorable Jose A. Gonzalez, Jr. has received the attached document. After review it has been determined that this document requires the following action by the Clerk's Office:

____✓____ Docket as a motion for __continuation of trial.__

_____ Docket as a response to the following motion:___
_____, DE#_____.

_____ Docket as an answer.

_____ Informational matter only, should NOT be docketed. Place on the left side of the Court file.

_____ Open as a new civil case pursuant to statute: __

_____ Other: _____

Signed: _____[signature]_____

Name: ____Christopher A. Snyder____
Title: ____Law clerk____

RECEIVED
IN CHAMBERS
01 APR -5 AM 9: 38
JUDGE JOSE A. GONZALEZ JR.
U.S. DISTRICT COURT FT. LAUD.
SOUTHERN DISTRICT OF FLA.

IN THE UNITED STATES
DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF
FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 00-6316-CR-FERGUSON

Plaintiff,

Vs.

**EMERGENCY
MOTION FOR CLARIFICATION
OF TRIAL SETTING**

ANGEL CONTRERAS,

Defendant.

_____/

COMES NOW, the Defendant, ANGEL CONTRERAS, by undersigned counsel and moves this Honorable Court to Clarify the Trial Setting for the following reasons:

1. The case was set for a calendar call before Judge Ferguson on Monday April 2nd at 3:15 pm by written court order. Counsel for the Defendant appeared and was advised by the staff of Judge Ferguson that the case was off calendar. Counsel never received any written order or call removing the case from the calendar and was confused as to what would happen. The staff person said that counsel would probably get a written order in the mail soon.

2. Defense counsel then spoke with opposing counsel, Dana Washington, AUSA and sent the attached letter suggesting that the trial could be "squeezed into" the judge's docket for the second planned trial week (week of April 16th-20th) if the Judge finished his lengthy trial early

1

and if the judge wanted to do so, *and* if counsel for both sides was given advance notice.

3. Today we received a call from the staff of Judge Gonzalez setting the case for trial starting Tuesday April 10th.

4. Counsel then spoke with opposing counsel and both agreed to send something in writing asking for clarification. Both sides may have trouble being ready for trial upon short notice and after being advised that there would be no trial next week.

5. We ask the court to clarify the trial date notice and/or set a calendar call or status conference with Judge Ferguson or Judge Gonzalez either this Friday at 9:00 am or next Monday in the afternoon, when both attorneys can be there to address the court and come to a resolution.

6. Mr. Contreras is in custody and would like to go to trial soon but, must be ready upon adequate notice. All witnesses and family members were told that the case would not go to trial next week. We are in the process of contacting everyone and seeing if they can be available for trial. If the case could be tried during the week of April 16th, we know that we can be prepared. The prosecutor may also be in trial the week of April 9th before another judge.

7. The US Attorney may be asking that the case not be transferred.

8. Additionally, counsel below just learned that a close friend, FHP Trooper Mark Drennan, passed away and would like to attend the funeral when it happens in the next day or so. We do not know right now, when that funeral will take place but, expect that it will happen soon.

Wherefore, the Defendant moves this Honorable Court to grant the relief requested herein.

Respectfully submitted:

MICHAEL A. CATALANO, P.A.
Attorney for the Defendant
1531 N.W. 13 Court
Miami, Fl 33125
Fla. Bar # 371221
305-325-9818
Fax 325-8759

By: _____
Michael A. Catalano

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this motion was both sent by U.S. Mail and by Fax to AUSA Dana Washington this 4th day of April, 2001. Copy also Faxed to Judge Gonzalez.
USATTY FAX 954-356-7336
JUDGE GONZALEZ FAX 954-769-5429

By: _____
Michael A. Catalano, Esq.
Attorney for the Defendant

3

LAW OFFICES
MICHAEL A. CATALANO, P.A.
ATTORNEY AT LAW

April 3, 2001

1531 N.W. 13TH COURT
MIAMI, FLORIDA 33125

TELEPHONE: (305) 325-9818

Honorable Wilkie Ferguson
U.S. District Court Judge
299 East Broward Blvd.
Ft. Lauderdale, FL 33301

    Re:   U.S. v. Angel Contreras
          Case No: 00-6316-CR-FERGUSON

Dear Judge Ferguson:

    I appeared at the calendar call yesterday and found out that this case had been taken off calendar. Apparently, we should be receiving an order soon resetting the calendar call date.

    AUSA Dana Washington and I would like to let you know that we are prepared to try this case during what would have been the second planned trial week, if you have time. If your "long" trial ends early, we are available with a little bit of "heads up." Accordingly, if you want to try this case the week of April 16th, please let us know ahead of time and we will be prepared. Our case is a simple two day trial.

    The client is in custody and has been so for quite a while so we would like to go to trial as soon as possible. Thank you for your consideration in this matter and we look forward to hearing from you soon.

                                         Very truly yours,

                                         Michael A. Catalano

MAC:em
Cc:   Dana Washington, AUSA