**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by ___ D.C.

APR 0 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THE UNITED STATES OF AMERICA,**

Plaintiff,

v.                                                                         CASE NO. 00-6316-CR-FERGUSON

**ANGEL CONTRERAS,**

Defendant.

**ORDER**

**THIS CAUSE** has come before the Court upon the Defendant's Emergency Motion for Clarification of Trial Setting, filed April 5, 2001.

Accordingly, having reviewed the motion and the record, and being otherwise duly advised, it is hereby

**ORDERED** and **ADJUDGED** that Defendant's Emergency Motion for Clarification of Trial Setting is **GRANTED**. Trial of this case will now commence on April 16, 2001 at 9:30 a.m.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 5TH day of April 2001.

_____
JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc:  Dana Washington, AUSA
     Michael A. Catalano