C R I M I N A L   M I N U T E S

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

FILED by _____ D.C.
APR 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER __00-6316-CR-JAG (WDF)__ DATE __4/16/01__

COURTROOM CLERK __Deloris McIntosh__ COURT REPORTER __Anita LaRocca__

PROBATION OFC. _____ INTERPRETER _____

UNITED STATES OF AMERICA vs. __ANGEL CONTRERAS (J)__

U.S. Attorney __Dana Washington__ DEFT. COUNSEL __Michael Catalano__

DEFENDANT: Present ✓ Not Present ___ On Bond ___ In Custody ✓

REASON FOR HEARING: __JURY SELECTION/TRIAL__

RESULT OF HEARING: _Voir dir begun; Jury Selected; Opening Statements; Gov't Rests;_

CONTINUED TO: Date __4/17/01__ TIME __9:00__
For: __Jury Trial - Day 2__

MISC. _____

72/DM