C R I M I N A L   M I N U T E S

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

FILED by _____ D.C.
APR 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

CASE NUMBER __00-6316-CR-JAG (WDF)__  DATE __4/17/01__

COURTROOM CLERK __Deloris McIntosh__  COURT REPORTER __Anita LaRocca__

PROBATION OFC. _____  INTERPRETER _____

UNITED STATES OF AMERICA  vs.  __ANGEL CONTRERAS (J)__

U.S. Attorney __Dana Washington__  DEFT. COUNSEL __Michael Catalano__

DEFENDANT: Present ✓  Not Present ___  On Bond ___  In Custody ✓

---

REASON FOR HEARING: __Jury Trial - Day 2__

RESULT OF HEARING: Defense rests; Closing Arguments; Jury Deliberations;

Motion for Mistrial granted;

---

CONTINUED TO:  Date 4/23/01  TIME 9:30
For: Jury Selection/Trial

---

MISC. _____

73/DM