-cr-06316-WDF Document 74 Entered on FLSD Docket 04/17/2001
AO 187 (Rev. 7/87) Exhibit and Witness List
APR 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# United States District Court

SOUTHERN DISTRICT OF

USA v. ANGEL CONTRERAS

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6316-CR-JAG (WDF)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jose A. Gonzalez, Jr., | Dana Washington | Michael Catalano |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/16, 17, 18, | Anita LaRocca | Deloris McIntosh |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 4/17/01 | — | — | Patricia Abracio deft's mother |
| | ✓ | " | 2 | ✓ | Party Invitation |
| | ✓ | " | 1 | ✓ | Photo of defendant at Airport |
| | ✓ | " | 3-13 | ✓ | Photos of defendant's Apartment |
| | ✓ | " | — | — | Troy Mihok, DEA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages

**U.S. v ANGEL CONTRERAS, 00-6316-CR-FERGUSON(s)**
GOVERNMENT'S EXHIBIT LIST
AUSA: DANA WASHINGTON    Page 1

(DOP: 04/15/01)

| Exh. # | DESCRIPTION | WITNESS | DATE | ADMIT | DENY |
|---|---|---|---|---|---|
| 1 | Guest House Receipt | Franklin Chapman | 4/10/01 | ✓ | |
| 2 | Methamphetamine packages | " | 4/10/01 | ✓ | |
| 3 | Federal Express Box | " | " | ✓ | |
| 4 | FedEx label | " | " | ✓ | |
| 5 | FedEx Airbill # 820152927884 | | | | |
| 6 | FedEx tracking information for # 820152927884 | | | | |
| 7 | FedEx Airbill # 820152927862 | | | | |
| 8 | FedEx tracking information for # 820152927862 | Timothy Stafford | 4/10/01 | ✓ | |
| 9 | FedEx Airbill # 820591820679 | Jeffrey Sibille | 4/10/01 | ✓ | |
| 10 | FedEx tracking information for # 820591820679 | Timothy Stafford | " | ✓ | |
| 11 | FedEx Airbill # 820152596368 | Jeffrey Sibille | 4/6/01 | ✓ | |
| 12 | FedEx tracking information for # 820152596368 | Timothy Stafford | " | ✓ | |
| 13 | FedEx Airbill # 820591816860 | | | | |
| 14 | FedEx tracking information for # 820591816860 | | | | |
| 15 | FedEx Airbill # 813807189532 | | | | |
| 16 | FedEx tracking information for # 813807189532 | | | | |

**U.S. v ANGEL CONTRERAS, 00-6316-CR-FERGUSON (s)**
GOVERNMENT'S EXHIBIT LIST
AUSA: DANA WASHINGTON    Page 2

(DOP: 04/15/01)

| Exh. # | DESCRIPTION | WITNESS | DATE | ADMIT | DENY |
|---|---|---|---|---|---|
| 17 | FedEx Airbill # 820152596379 | Jeffrey Sibille | 4/6/01 | ✓ | |
| 18 | FedEx tracking information for # 820152596379 | | | | |
| 19 | FedEx Airbill # 820591820750 | | | | |
| 20 | FedEx tracking information for # 820591820750 | | | | |
| 2a | Plastic packing | Tony Magnasti | 4/6/01 | ✓ | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6316-CR-FERGUSON(s) (GONZALEZ)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANGEL CONTRERAS,

        Defendant.
_____/

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, presently intends to call the following witnesses at trial:

(1) Gary Brent Carlile

(2) Franklin J. Chapman — 4/16/01

(3) Gregory Dittore

(4) Detective Tony Magnanti, Ft. Lauderdale Police Department — 4/16/01

(5) Special Agent Troy Mihok, DEA  4/17/01

(6) Jeffrey Sibille — 4/16/01

(7) Timothy Stafford — 4/16/01

The United States requests leave to add witnesses as may be needed during trial.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By: _____
       DANA O. WASHINGTON
       Assistant United States Attorney
       Court No.: A5500418
       500 East Broward Blvd., Suite 700
       Fort Lauderdale, FL 33394
       Phone: (954) 356-7255
       Fax: (954) 356-7336
       E-mail: dana.washington@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered this 16th day of April, 2001, to:

Michael A. Catalano, Esquire
1531 N.W. 13th Court
Miami, FL 33125

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY