

FILED by _____ D.C.
DKTG

APR 17 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Jury Notes
00-6316-CR-WDF (JAG)



00-6316-CR-JAG 4/17/01

We the jury have, after many attempts failed to reach a unanimous decision.

K. L. Wristman

Please give us further instructions.

FILED by _____ D.C.
DKTG

APR 17 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

75/DW

00-6316-CR-JAG

We need copy of
Jury instructions.

2/17/01

R. J. Worsham

FILED by _____ D.C.
DKTG

APR 17 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.