# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
DKTG

APR 1 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff(s)

Case No. 00-6316-CR-JAG

vs.

ANGEL CONTRERAS
    Defendant(s)

### *RELEASE OF EXHIBITS*

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
    Item Nos. _____

☐ Stored by Records Section in:   ❏ Miami   ❏ Ft. Lauderdale   ❏ West Palm Beach
    Item Nos. _____

☐ Other (Explain): _____

☐ Attachments
(Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Dara O. Washington
AGENCY OF FIRM: U.S. Attorney's Office
ADDRESS: _____
TELEPHONE: _____
DATE: _____

EXHIBITS RELEASED BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc:  Records Section
    Courtroom Deputy
    Counsel of Record