UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DATE: _____April 13, 2001_____

CASE NUMBER: ___00-6316-CR-WDF_____

STYLE: _____US v. Contreras_____
_____
_____

The Chambers of the Honorable Jose A. Gonzalez, Jr. has received the attached document. After review it has been determined that this document requires the following action by the Clerk's Office:

____✗____   Docket as a motion for _____
            _____
            _____.

_____   Docket as a response to the following motion:___
            _____
            _____, DE#_____.

_____   Docket as an answer.

_____   Informational matter only, should NOT be docketed.
            Place on the left side of the Court file.

_____   Open as a new civil case pursuant to statute: __
            _____
            _____.

____✓____   Other:  Δ's Requested Jury
                    Inst. & Δ's Discovery Disclosure
            _____.

Signed:     _____(signature)_____

Name:       _____Christopher A. Snyder_____

Title:      _____Law clerk_____

77/DM

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO.:00-6316 CR FERGUSON

Vs.

ANGEL CONTRERAS,

**DEFENDANT'S REQUESTED JURY QUESTIONS**

    Defendant.

_____/

COMES NOW, the Defendant, Angel Contreras, by and through undersigned counsel and files these requested jury questions as follows:

1. We hereby request that counsel for the Defendant be allowed to ask the prospective jurors questions during jury selection.

2. If we are not allowed to ask questions, then we ask the court to ask the following questions to the prospective jurors:

    a. What's the first thing that comes into your mind when you find out that someone is gay or homosexual?
    b. Do you have any beliefs that being gay or homosexual is immoral? If so, please explain.
    c. Do you think gays or homosexuals are oppressed or discriminated against in this society? If so, in what ways? Do you think people are justified in feeling that way?
    d. If you are one of the prospective jurors who said that you believe that being gay or homosexual is morally wrong, could you be impartial in evaluating the testimony of someone who is gay or homosexual?
    e. How do you feel about the Broward County Ordinance grating rights to domestic partners?

    f. How do you feel about the prosecution of someone solely upon the word of a convicted drug dealer who is trying to get his sentence reduced?
    g. Do you think the government should be prosecuting people when they have no evidence other than the word of a convicted drug dealer who is testifying so that he sentence can be reduced?
    h. What are your thoughts and feelings about people who plea bargain their cases in general?

i. Have you ever heard or read of a case where someone plea bargained and falsely accused others of being involved in a crime? If yes, how did you feel about that?

j. What do you think a criminal defendant would do to keep from going to prison for a long time?

k. How would you feel if someone you knew committed a serious crime and to keep from serving a long prison sentence, falsely accused you of being involved?

l. If you have a reasonable doubt as to the guilt of the Defendant or if you think something may have happened but, the Government did not prove it beyond a reasonable doubt, do you understand that you must find the Defendant not guilty.

m. Do you follow newspaper articles, radio or TV stories about crime?

n. Will you promise not to hold it against the Defendant if he does not testify in this matter and not to even discuss in the jury room the fact that he did not take the witness stand?

o. Do you belong to any group or organization that has as one of its purposes a concern about drug use or abuse?

p. Have you or a close friend or close family member been involved in any organization that treats people for drug problems?

q. Do you know anyone that has become ill or died from a drug related problem? If yes, how did it affect you and your family?

WHEREFORE, the Defendant, Angel Contreras, asks this Honorable to ask the above referenced questions to the prospective jurors.

Respectfully submitted:
MICHAEL A. CATALANO, P.A.
1531 N.W. 13 Court
Miami, FL 33125
Fla. Bar No.: 371221
305-325-9818

By: _____
Michael A. Catalano, Esq.

**Certificate of Service**

I hereby certify that a true and correct copy of this request has been hand delivered to the Office of the United States Attorney, Dana Washington, Esq. at the Broward Office this 12th day of April, 2001.

By: _____
Michael A. Catalano, Esq.