IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO.:00-6316 CR FERGUSON

Vs.

**DEFENDANT'S DISCOVERY
DISCLOSURE**

ANGEL CONTRERAS,

    Defendant.

_____/

COMES NOW, the Defendant, Angel Contreras, by and through undersigned counsel and files this discovery disclosure as follows:

1. The Defendant may use the following items in it's case.

a. Photographs attached of Defendant, his mother, his luggage.

WHEREFORE, the Defendant, Angel Contreras, files this disclosure.

Respectfully submitted:
MICHAEL A. CATALANO, P.A.
1531 N.W. 13 Court
Miami, FL 33125
Fla. Bar No.: 371221
305-325-9818

By: _____
    Michael A. Catalano, Esq.

**Certificate of Service**

I hereby certify that a true and correct copy of this request has been hand delivered to the Office of the United States Attorney, Dana Washington, Esq. at the Broward Office this 12th day of April, 2001. (Fax copy also sent)

By: _____
Michael A. Catalano, Esq.

LAW OFFICES
# Michael A. Catalano, P.A.
ATTORNEY AT LAW

1531 N.W. 13th Court
Miami, Florida 33125

Telephone: (305) 325-9818




