CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

CASE NUMBER: 00-6316-CR-JAG (WDF)   DATE: 4/23/01
COURTROOM CLERK: Deloris McIntosh   COURT REPORTER: Anita LaRocca
PROBATION OFC. _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. ANGEL CONTRERAS (J)

U.S. Attorney: Dana Washington   DEFT. COUNSEL: Michael Catalano
DEFENDANT: Present ✓   Not Present ___   On Bond ___   In Custody ✓

REASON FOR HEARING: Jury Selection/ Trial

RESULT OF HEARING: Opening Statements, Gov't proceeds

CONTINUED TO: Date 4/24/01   TIME 9:00
For: Jury Trial - Day 2

MISC. _____

79
DM