C R I M I N A L     M I N U T E S

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

CASE NUMBER __00-6316-CR-JAG (WDF)__ DATE __4/24/01__

COURTROOM CLERK __Deloris McIntosh__ COURT REPORTER __Anita LaRocca__

PROBATION OFC. _____ INTERPRETER _____

UNITED STATES OF AMERICA vs. __ANGEL CONTRERAS__

U.S. Attorney __Dana Washington__ DEFT. COUNSEL __Michael Catalano__

DEFENDANT: Present ✓ Not Present ___ On Bond ___ In Custody ✓

REASON FOR HEARING: __Jury Trial - Day 2__

RESULT OF HEARING: Govt continues; Govt Rests; Defense
Counsel Rests; Closing Arguments; Defense Counsels
Motion for judgement of Acquittal denied; Jury deliberations;
Defense counsel's motion for Mistrial + Motion for Allen
Charge Reserved;

CONTINUED TO: Date __4/25/01__ TIME __9:00__
For: __Jury Deliberations__

MISC. _____

