C R I M I N A L   M I N U T E S

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

CASE NUMBER __00-6316-CR-JAG (WDF)__ DATE __4/25/01__

COURTROOM CLERK __Deloris McIntosh__ COURT REPORTER __Anita LaRocca__

PROBATION OFC. _____ INTERPRETER _____

UNITED STATES OF AMERICA vs. __ANGEL CONTRERAS__

U.S. Attorney __Dana Washington__ DEFT. COUNSEL __Michael Catalano__

DEFENDANT: Present ___ Not Present ___ On Bond ___ In Custody ✓

REASON FOR HEARING: __Jury Deliberations__

RESULT OF HEARING: Allen charge given to jurors;
Deliberation continues; Jury verdict
as to Count 2;
Not guilty as to Count 2; Hung on Count 1
Motion for personal surety bond;
Bond hearing set for 4/26/01

CONTINUED TO: Date __4/26/01__ TIME __2:00__
For: __Bond hearing__

MISC. _____