# United States District Court

SOUTHERN DISTRICT OF FLORIDA

USA v. ANGEL CONTRERAS

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6316-CR-JAG (WDF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jose A. Gonzalez, Jr., | Dana Washington | Michael Catalano |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/23, 24, 2001 | Anita LaRocca | Deloris McIntosh |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4-23-01 | — | — | Franklin Chapman, owner Pineapple Point Guesthouse |
| ✓ | | " | 4 | ✓ | Federal Express Label |
| ✓ | | " | 1 | ✓ | Guest House Receipt |
| ✓ | | " | 2 | ✓ | Methamphetamine Packages |
| ✓ | | " | — | — | Brian Kelly - Medical Supply Employee |
| ✓ | | " | — | — | Det Magnanti, City of Ft. Lauderdale P.D. |
| | ✓ | " | 1 | ✓ | Photos of defendant & mother at Airport |
| ✓ | | " | — | — | Jeffrey Sibille |
| ✓ | | " | 5-12 | ✓ | FEDEX Receipts. |
| ✓ | | " | — | — | DON Rigby, Employee Western Union |
| ✓ | · | " | 13-15 | ✓ | Western Union Records |
| ✓ | | " | 13A-15A | ✓ | Western Union Checks paid to deft |
| ✓ | | 4-24-01 | — | — | Gary Brent Carlile |
| ✓ | | " | 16 | ✓ | Arrest Record |
| | ✓ | " | — | — | S/A Troy Mihok, DEA |
| | ✓ | " | — | — | Patricia Aparacio deft's mother |
| | ✓ | " | 2 | — | Party Invitation |
| | ✓ | " | 3-13 | ✓ | Photos of Deft's apartment |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of    Pages