00-6316-CR-JAG

Dear Judge —

We do not need the transcripts or the date of the DEA testimony anymore.

Thank you.

Betty O'Connor
Julie Ha___

10/25/01
1:40 pm

83/DM

00-6316-CR-JAG   4-25-01

Judge Gonzalez,

It is now apparent that even with further deliberations, this jury's original opinion will not change. Both sides are passionate about their feelings.
Therefore we are unable to come to an unanimous decision on Count One

Peter R. Ho Jung
2:01pm

00-6316-CR-JAG

What date did Mary Carlile speak with DEA agent Mihok and say that he knew what was in the Fed X package? This is in the DEA Report.
April 25, 2001
12:45 pm
N. Benitez

Also, can we get a copy of Mary Carlile's testimony of April 24, 2001.

Peter R. the Lung

00-6310CR-JAG     4-25-01

Judge Gonzalez,

We have arrived at an unanimous agreement on Count 2, but it appears that we will be hung on Count 1.

Please advise

Peter R. Lho Ling

10:35am

00-6316-CR-JAG

4/24/01

At this point it appears that we have a hung jury.

We have 4 votes for guilty.
4 votes for not guilty
4 undecided.

Peter R Sto Sung
5:20 pm

00-6316-CR-JAG

4-25-01

Judge Gonzales,

I have a situation where I had made arrangements to pick up my children at Nova Elementary at 3:30pm today. I thought that the deliberation would have been over in the morning. My wife is laid up at home recovering from surgery yesterday.

I need to make a couple of phone calls to make arrangements for my children to be picked up at the school.

Keith R. Selo Sing

4-25-01
1:09pm

Attached is a copy of all the jury instructions as given.

Jose A. Gonzalez Jr.
U.S.D.J.

00-6316-CR-JAG
(WDF)

Could you please send in the copy of what the judge read to us dealing with conspiracy, and its definition.

Betty O'Connor
3-24-01

3:30 p.m.
Marylu Odom
[signature]
[signature]

Confederate means to unite with two or more persons for common action.

Jose A. Gonzalez Jr.
U.S.D.J.

00-6316-CR-JAG

Clarify conspiracy and confederate

April 24, 2001
2:55 pm
Monica Benitez