*4/25/01*
*Ft. Lauderdale*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6316-CR-FERGUSON(s)

UNITED STATES OF AMERICA,

v.

**VERDICT**

ANGEL CONTRERAS

_____/

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

## COUNT ONE

As to the defendant, ANGEL CONTRERAS, and the charge of Conspiracy to Distribute
Methamphetamine:

_____         _____
Guilty              Not Guilty

As to whether the weight of the mixture and substance containing a detectable amount of
methamphetamine was fifty (50) grams or more:

_____         _____
YES                 NO

## COUNT TWO

As to the defendant, ANGEL CONTRERAS, and the charge of Possession of Methamphetamine with Intent to Distribute It:

_____    _____
Guilty          Not Guilty

As to whether the weight of the mixture and substance containing a detectable amount of Methamphetamine was fifty (50) grams or more:

_____    _____
YES              NO

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Fort Lauderdale, Florida, this ___ day of April, 2001.

Foreperson's Signature

PETER R. HOTUNG
Foreperson's Printed Name

2