C R I M I N A L   M I N U T E S

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

FILED by _____ D.C.
DKTG
APR 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER **00-6316-CR-JAG (WDF)**     DATE **4/26/01**

COURTROOM CLERK **Deloris McIntosh**     COURT REPORTER **Carl Schanzleh** ~~Anita LaRocca~~

PROBATION OFC. _____     INTERPRETER _____

UNITED STATES OF AMERICA   vs.   **ANGEL CONTRERAS**

U.S. Attorney **Dana Washington**     DEFT. COUNSEL **Michael Catalano**

DEFENDANT: Present **X**  Not Present ___  On Bond ___  In Custody **X**

REASON FOR HEARING: **BOND HEARING**

RESULT OF HEARING: **CHANGE OF PLEA: Defendant pled guilty to Count One (1) of the Superseding Information; A Presentence Report was waived; defendant sentenced to TIME SERVED, $25 special assessment, One (1) year supervised release, No fine imposed; Defendant will be permitted to report to U.S. Probation Office in California;**

**SPECIAL CONDITION: Submit to random drug tests**

**10 DAYS TO APPEAL**

CONTINUED TO:   Date _____   TIME _____
                For: _____

MISC. _____