# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DKTG

APR 2 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff(s)

Case No. 00-6316-CR-JAG (WDF)

vs.

ANGEL CONTRERAS
    Defendant(s)

### *RELEASE OF EXHIBITS*

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
    Item Nos. _____

☐ Stored by Records Section in:  ❏ Miami  ❏ Ft. Lauderdale  ❏ West Palm Beach
    Item Nos. _____

☐ Other (Explain): _____

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Troy Mihok
AGENCY OF FIRM: DEA
ADDRESS: 1475 W. Cypress Creek Rd. Suite 301, Ft. Lauderdale
TELEPHONE: (754) 481-1700
DATE: 04/26/01

EXHIBITS RELEASED
BY: Delores McIntosh
   (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record