-cr-06316-WDF   Document 88   Entered on FLSD Docket 04/27/2001   F
FILED by ___ DKTG
APR 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

    Plaintiff(s)

Case No. __00-6316-CR-JAG (WDF)__

vs.
ANGEL CONTRERAS

    Defendant(s)

### *RELEASE OF EXHIBITS*

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
    Item Nos. _____

☐ Stored by Records Section in:  ❏ Miami  ❏ Ft. Lauderdale  ❏ West Palm Beach
    Item Nos. _____

☐ Other (Explain): _____

☐ Attachments
    (Exhibit List, Order of Court)

SIGNATURE: *M A Catalo*
PRINT NAME: Michael A Catalanuro
AGENCY OF FIRM: ATF
ADDRESS: 1531 NW 13 Ct  Miami FL 33125
TELEPHONE: 305-325-9818
DATE: 4/26/01

EXHIBITS RELEASED
BY: *D elores McJust*
    (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

88/DM