UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: <u>00-6316-CR-FERGUSON(s)(s)</u>
21 USC 844
18 USC 2



UNITED STATES OF AMERICA

v.

ANGEL CONTRERAS
_____/

### SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about October 19, 2000, at Broward County, in the Southern District of Florida and elsewhere, the defendant,

**ANGEL CONTRERAS,**

did knowingly and intentionally possess a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 844, and Title 18, United States Code, Section 2.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA         CASE NO. **00-6316-CR-FERGUSON(s)(s)**

v.

ANGEL CONTRERAS                  **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**
New Defendant(s)     Yes ___  No _X_
Number of New Defendants     ___
Total number of counts     _1_

**Court Division:** (Select One)

___ Miami  ___ Key West
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) _NO_
   List language and/or dialect   _English_

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days    | _X_ | Petty   | ___ |
   | II  | 6 to 10 days   | ___ | Minor   | ___ |
   | III | 11 to 20 days  | ___ | Misdem. | _X_ |
   | IV  | 21 to 60 days  | ___ | Felony  | ___ |
   | V   | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _Yes_
   If yes:
   Magistrate Case No.    _00-4304-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _1/03/01_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500418

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: Angel Contreras          No.: _____

Count # 1:
Possession of methamphetamine; in violation of 21 U.S.C. § 844

*Max Penalty: 1 year imprisonment; $100,000 fine

Count #

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12/12/96