UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DATE: May 30, 2001

CASE NUMBER: 00-6316-CR-WDF

STYLE: US v. Contreras

The Chambers of the Honorable Jose A. Gonzalez, Jr. has received the attached document. After review it has been determined that this document requires the following action by the Clerk's Office:

✓ Docket as a motion for Travel.

___ Docket as a response to the following motion: ___, DE# ___.

___ Docket as an answer.

___ Informational matter only, should NOT be docketed. Place on the left side of the Court file.

___ Open as a new civil case pursuant to statute: ___

___ Other: ___

Signed: [signature]

Name: Christopher A. Snyder

Title: Law clerk

```
                                    IN THE UNITED STATES
                                    DISTRICT COURT IN AND FOR
                                    THE SOUTHERN DISTRICT OF
                                    FLORIDA
UNITED STATES OF AMERICA,
                                    CASE NO: 00-6316-CR-
                                    GONZALEZ
        Plaintiff,
                                    URGENT
Vs.                                 MOTION FOR PERMISSION TO
                                    TRAVEL
ANGEL CONTRERAS,

        Defendant.
_____/
```

COMES NOW, the Defendant, ANGEL CONTRERAS, by undersigned counsel and moves this Honorable Court to grant permission to travel for the following reasons:

1. When the Defendant was sentenced to one year probation, we thought the court said that he could travel without being required to seek permission from the court. (We admit that we do not have a perfect memory of what the court said, but counsel thinks that is what was said).

2. The Defendant would like to travel to Orlando with a few friends for a special event on June 1, 2001 for a few days. (See attached reservation). He has a friend who wants to pay for the trip and take him and the friend is flying in from Europe.

3. Normally, probation would allow the Defendant to travel but, they have a rule that prohibits travel for the first 60 days of probation, unless the court gives permission.

4. The Defendant would like to ask the court for permission to travel.

1

5. We have been unable to reach AUSA Dana Washington to see if he has any objection to this motion being granted.

Wherefore, the Defendant moves this Honorable Court to grant the relief requested herein.

Respectfully submitted:

MICHAEL A. CATALANO, P.A.
Attorney for the Defendant
1531 N.W. 13 Court
Miami, Fl  33125
Fla. Bar # 371221
305-325-9818
Fax  325-8759

By: _____
Michael A. Catalano

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this motion was both sent by U.S. Mail and by Fax to AUSA Dana Washington this 27th day of May, 2001.  Copy also Faxed to Judge Gonzalez.
USATTY FAX  954-356-7336
JUDGE GONZALEZ FAX 954-769-5429
US Probation Officer Kelly Cutright  by U.S. Mail

By: _____
Michael A. Catalano, Esq.
Attorney for the Defendant

2

05/23/2001  12:51    4072489732

**WYNDHAM ORLANDO RESORT**



WYNDHAM ORLANDO                    PAGE  01/01
Post-it® Fax Note    7671  Date     pages ►
To Angel Contreias         From Lakita N. Sm H
Co./Dept.                  Co. Wyndham Reser.
Phone #                    Phone # 407-351-6960
Fax # 305-531-2930         Fax # 407-248-0732

May 23, 2001

Angel Contreias

On behalf of the Wyndham Orlando Resort, thank you for choosing to stay with us during your trip to Orlando.

We are pleased to acknowledge your reservation details as follows:

    Guest Name:             Contreias
    Confirmation Number:    237448
    Arrival Date:           06/01/01
    Departure Date:         06/03/01
    Number of Guests:       1 Adult(s)
    Arrival Date Rate:      $ 124.00  (plus 11% tax, 7% Resort Fee)

The above rate does not reflect any rate changes which may take place during your stay, and which were agreed upon during the reservation process.

All reservations which are guaranteed must be cancelled no later than 3 days prior to arrival. If the reservation is not cancelled 72 hours prior to arrival, the credit card will be charged one night's room and tax.

If your reservation is not guaranteed, a deposit must be received within 2 days from the time the reservation was made or the reservation may be cancelled.

As of January 1st, 2000, Wyndham International is participating with the following Airline Partners (Points are offered for reservations booked at qualifying rates):

TWA Aviator Miles    Delta Skymiles    United Mileage Plus    Us Airways Dividend Miles
American Advantage    Canadian Plus    Midwest Express

We look forward to having the pleasure of serving you.

Sincerely,

The Wyndham Orlando Resort Reservations Team