UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

JUN 0 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA, )
                          )
    Plaintiff,            )
                          )
v.                        )    Case No.    00-6258-CR-FERGUSON
                          )
ANGEL CONTRERAS,          )
                          )
    Defendant.            )
_____)

**ORDER**

**THIS CAUSE** comes before Defendant's Motion for Permission to Travel, filed May 30, 2001 and his Emergency Motion for Permission to Travel, filed May 30, 2001. In the Motion, Defense Counsel represents the following:

> When the Defendant was sentenced to one year probation, we thought the court said that he could travel without being required to seek permission from the court. (We admit that we do not have a perfect memory of what the court said, but counsel thinks that is what was said.)

Defendant's Motion to Travel, at ¶1. However, without reviewing the transcript, the Court cannot affirm or deny this fact.

Accordingly, having reviewed the Motion and the record, and



being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** Defendant's Motion for Permission to Travel, filed May 30, 2001 and his Emergency Motion for Permission to Travel, filed May 30, 2001 is **DENIED WITHOUT PREJUDICE.** Defendant may refile his Motion upon a submission of a copy of the transcript of the sentencing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 7TH day of June, 2001.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc: Michael A. Catalano
    Dana Washington
    Kelly Cutright, USPO

2